IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARNEY N. LEFFERT,

      Plaintiff,

v.                                      CASE NO.: 1:12cv79-SPM/GRJ

SHANDS AT THE UNIVERSITY
OF FLORIDA,

      Defendant.

_____/

**ORDER GRANTING MOTION TO WITHDRAW
AND DIRECTING PLAINTIFF TO FILE NOTICE**

      Pending before the Court is Plaintiff's Counsel's Amended Motion to Withdraw (doc. 10).  Notice of the proposed withdrawal was provided to Plaintiff in accordance with Northern District of Florida Local Rule 11.1(F)(1), and no objections have been made.  Accordingly, it is

      ORDERED AND ADJUDGED:

      1.      Plaintiff's Counsel's Amended Motion to Withdraw (doc. 10) is granted. The previous motion to withdraw (doc. 9) is denied as moot.

      2.      The clerk shall mail a copy of this order to Plaintiff Marney N. Leffert by regular mail and certified mail with return receipt.

      3.      Plaintiff Marney N. Leffert shall have up to and including October

22, 2012 to file either (1) a notice of appearance by her new lawyer or (2) a notice confirming her intention to proceed *pro se*, that is, to represent herself in this case.  Failure to file a notice as ordered will result in the dismissal of this case.

DONE AND ORDERED this 27th day of September, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge

CASE NO.: 1:12cv79-SPM/GRJ